Case 5:22-cv-00015-OLG   Document 6   Filed 01/20/22   Page 1 of 1

**FILED**
January 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JOHN DWAIN BELCHER,** | § | |
| Petitioner, | § | |
| v. | § | **CIVIL NO. SA-22-CV-0015-OLG** |
| **MARK REYNOLDS, Sheriff,** | § | |
| **Comal County Sheriff's Office,** | § | |
| Respondent. | § | |

# J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Order of Dismissal of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) filed by Petitioner John Dwain Belcher is **DISMISSED WITHOUT PREJUDICE**.  No Certificate of Appealability shall issue in this case.  This case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED** this the   20th   day of January, 2022.

_____
**ORLANDO L. GARCIA**
**Chief United States District Judge**